UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IGNACIO PEREZ**, <br><br> Plaintiff, <br><br> v. <br><br> **INDIAN HARBOR INSURANCE COMPANY**, <br><br> Defendant. | Case No.  4:19-cv-07288-YGR <br><br> **ORDER DENYING MOTION TO CERTIFY THE COURT'S MAY 11, 2020 ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292** <br><br> Re: Dkt. No. 34 |

On July 6, 2020, the parties appeared via Zoom.  Having carefully considered the briefing and arguments submitted on defendant Indian Harbor Insurance Company's ("Indian Harbor") motion to certify the Court's May 11, 2020 Order for interlocutory appeal under 28 U.S.C. section 1292, the Court **DENIED** Indian Harbor's motion for the reasons stated on the record.  (Dkt. No. 34 (motion).)  The Court confirms the same herein.  (*See* Dkt. No. 50 (minutes).)

This Order terminates Docket Number 34.

**IT IS SO ORDERED.**

Dated: July 8, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**