UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ,<br><br>             Plaintiff,<br><br>   v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>             Defendant. | Case No. 19-cv-07288-YGR  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 60 |

       Rule 30's default provisions can be a little clunky. They seem to assume that a limited number of people are going to have relevant testimony (10 per side), but that each person is going to know a lot (7 hours of record time). This doesn't seem to be one of those cases. Defendant Indian Harbor Insurance Company lists a lot of witnesses it may want to depose, *see* ECF No. 60, but for most of them it seems inconceivable that a deposition could take anywhere near seven hours. This is not a situation where we need to expand the total amount of deposition time in the case; rather, we need to reallocate it to an hours-based limit of 70 hours.

       The Court appreciates Plaintiff's frustration that Indian Harbor seems to want to depose everyone with relevant knowledge, not just the important people. However, Plaintiff is suing for $267 million, so lifting the cap of 10 depositions is proportional to the needs of the case. Further, an hours-based cap of 70 hours provides an incentive for Indian Harbor to end a deposition as soon as it becomes clear the company has obtained all the relevant testimony the witness has. The hours cap will promote efficiency.

       Accordingly, pursuant to Rule 26(b)(2)(A), the Court orders that Indian Harbor is not limited to 10 depositions, but is instead limited to 70 hours of deposition time. To keep a level playing field, the Court orders the same for Plaintiff.

       **IT IS SO ORDERED.**

Dated: July 27, 2020

                                                                                  THOMAS S. HIXSON<br>
                                                              United States Magistrate Judge