AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ignacio Perez | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:19-cv-07288-YGR |
| Indian Harbor Insurance Co. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IGNACIO PEREZ

Date: May 18, 2021

s/Linda Kornfeld
*Attorney's signature*

LINDA KORNFELD 155765
*Printed name and bar number*

BLANK ROME LLP
2029 Century Park East
6th Floor
Los Angeles, CA 90067
*Address*

lkornfeld@blankrome.com
*E-mail address*

(424) 239-3400
*Telephone number*

(424) 239-3434
*FAX number*

