**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
Blair E. Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
                ykrivoshey@bursor.com
                breed@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Ave., Suite 1420
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ,<br><br>                    Plaintiff,<br><br>   v.<br><br>INDIAN HARBOR INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 19-cv-07288-YGR<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2    associations of persons, firms, partnerships, corporations (including parent corporations) or other
3    entities (i) have a financial interest in the subject matter in controversy or in a party to the
4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5    substantially affected by the outcome of this proceeding:
6    Omni Bridgeway (Fund 4) Invt. 5 L.P.

Dated:  May 18, 2021

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*

Scott A. Bursor (SBN 276006)
701 Brickell Ave., Suite 1420
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
Blair E. Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail:  ltfisher@bursor.com
              ykrivoshey@bursor.com
              breed@bursor.com

*Attorneys for Plaintiff*