Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
Michelle N. Khoury (SBN 307229)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-mail:         mhstern@duanemorris.com
                    jelalonde@duanemorris.com
                    mkhoury@duanemorris.com

Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>INDIAN HARBOR INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 4:19-cv-07288-YGR<br><br>**ORDER GRANTING STIPULATION NO. 3: TO EXTEND EXPERT DISCOVERY DEADLINE BY ONE WEEK**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Complaint Filed: November 5, 2019 |

Plaintiff Ignacio Perez ("Plaintiff") and Defendant Indian Harbor Insurance Company ("Defendant") (collectively, the "parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on August 31, 2020, the Court set an April 7, 2021 deadline for completion of non-expert discovery, a May 7, 2021 deadline for opening expert reports, a June 7, 2021 deadline for rebuttal expert reports, and a July 9, 2021 deadline for completion of expert discovery (ECF No. 67);

WHEREAS, on April 9, 2021, the Court granted the parties' Stipulation No. 2, which set an April 28, 2021 deadline for the completion of certain depositions, and moved the expert report deadlines by one week to May 14, 2021 (opening reports) and June 14, 2021 (rebuttal reports) (ECF No. 83);

WHEREAS, the parties timely disclosed experts on May 14, 2021 and June 14, 2021, and disclosed a total of seven expert witnesses; and

WHEREAS, the parties have been diligently pursuing scheduling these seven experts for depositions by July 9, 2021 and have agreed to conduct five of them prior to July 9, 2021, but based on the witnesses' and attorneys' schedules, they require an additional week to conduct two of the depositions.

NOW THEREFORE, the parties respectfully request that the Court continue the deadline for completion of expert discovery from July 9, 2021 to July 16, 2021 for the purposes of conducting two expert depositions.  All other remaining deadlines set forth in the Court's August 31, 2020 Case Management and Pretrial Order shall remain the same, and no deadline to lodge or file any matter with the Court shall be changed.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  June 18, 2021          **DUANE MORRIS LLP**

             By:  */s/ Max. H. Stern*
                Max H. Stern

             Max H. Stern (SBN 154424)
             Jessica E. La Londe (SBN 235744)
             Michelle N. Khoury (SBN 307229)
             Spear Tower
             One Market Plaza, Suite 2200
             San Francisco, CA 94105
             Telephone: (415) 947-3000
             E-Mail:  mhstern@duanemorris.com
                  jelalonde@duanemorris.com
                  mkhoury@duanemorris.com

             *Attorneys for Defendant Indian Harbor Insurance Company*

Dated:  June 18, 2021          **BURSOR & FISHER, P.A.**

             By:  */s/ Scott A. Bursor*
                Scott A. Bursor

             Scott A. Bursor (SBN 276006)
             701 Brickell Avenue, Suite 1420
             Miami, FL 33131
             Telephone: (305) 330-5512
             Facsimile: (305) 676-9006
             E-Mail: scott@bursor.com

             **BURSOR & FISHER, P.A.**
             L. Timothy Fisher (SBN 191626)
             Yeremey O. Krivoshey (SBN 295032)
             Blair E. Reed (SBN 316791)
             1990 North California Blvd., Suite 940
             Walnut Creek, CA 94596
             Telephone: (925) 300-4455
             Facsimile: (925) 407-2700
             E-Mail:  ltfisher@bursor.com
                  ykrivoshey@bursor.com
                  breed@bursor.com

             *Attorneys for Plaintiff*

## ATTESTATION

I, Max H. Stern, am the ECF User whose identification and password are being used to file Stipulation No. 3: To Extend Expert Discovery Deadline by One Week, filed concurrently herewith. Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff Ignacio Perez has concurred in the filing of the Stipulation No. 3: To Extend Expert Discovery Deadline by One Week, filed concurrently herewith.

Dated: June 18, 2021                                    **DUANE MORRIS** LLP

                                                         By:  /s/ Max H. Stern
                                                              Max H. Stern

**IT IS ORDERED** that the forgoing Stipulated Order is approved and entered as an Order of the Court.

Dated: June 24, 2021

_____
UNITED STATES DISTRICT JUDGE
YVONNE GONZALEZ ROGERS