1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (SBN 191626)
2  Yeremey O. Krivoshey (SBN 295032)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-Mail:  ltfisher@bursor.com
5           ykrivoshey@bursor.com

6  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (SBN 276006)
7  701 Brickell Avenue, Suite 1420
   Miami, FL 33131
8  Telephone: (305) 330-5512
   Facsimile:  (305) 676-9006
9  E-Mail: scott@bursor.com

10 **BLANK ROME LLP**
   Linda D. Kornfeld (SBN 155765)
11 David A. Thomas (SBN 215367)
   2029 Century Park East, 6th Floor
12 Los Angeles, CA 90067
   Telephone: (424) 239-3400
13 Facsimile:  (424) 239-3434
   E-Mail: lkornfeld@blankrome.com
14         dthomas@blankrome.com
15

16 *Attorneys for Plaintiff*

17

**IT IS SO ORDERED**

*Judge Yvonne Gonzalez Rogers*

11/17/21

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ, | Case No. 4:19-cv-07288-YGR |
| Plaintiff, | **ORDER GRANTIING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |
| v. | |
| INDIAN HARBOR INSURANCE COMPANY, and DOES 1 through 50, inclusive, | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 4:19-cv-07288-YGR

Pursuant to the Settlement Agreement between Plaintiff IGNACIO PEREZ ("Plaintiff") and Defendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"):

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff and Indian Harbor, through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Indian Harbor, through their designated counsel, further stipulate and agree that they shall each bear their own fees and costs.

Dated:  November 4, 2021

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
         Scott A. Bursor

Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
                ykrivoshey@bursor.com

**BLANK ROME LLP**
Linda D. Kornfeld (SBN 155765)
David A. Thomas (SBN 215367)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile:  (424) 239-3434
E-Mail: lkornfeld@blankrome.com
              dthomas@blankrome.com

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated:  November 4, 2021 | **DUANE MORRIS LLP** |
| 2 | | By:   */s/ Max. H. Stern* |
| 3 | | Max H. Stern |

Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
Michelle N. Khoury (SBN 307229)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone: (415) 947-3000
E-Mail:  mhstern@duanemorris.com
            jelalonde@duanemorris.com
            mkhoury@duanemorris.com

*Attorneys for Defendant Indian Harbor Insurance Company*

## ATTESTATION

I, Scott Bursor, am the ECF User whose identification and password are being used to file the Stipulation of Voluntary Dismissal with Prejudice, filed concurrently herewith.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant Indian Harbor Insurance Company has concurred in the filing of the Stipulation of Voluntary Dismissal with Prejudice, filed concurrently herewith.

Dated: November 4, 2021         **BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
         Scott A. Bursor